IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-21-GCM

| | | | |
|---|---|---|---|
| **MIKE DUFFY,** | ) | | |
| Plaintiff, | ) | | |
| v. | ) | **ORDER GRANTING** | |
| | ) | **ADMISSION PRO HAC VICE** | |
| **BELK, INC.,** | ) | | |
| | ) | | |
| Defendant. | ) | | |
| | ) | | |

**THIS MATTER** is before the Court upon the motion of Plaintiff to allow **Carol Nelkin** to appear *Pro Hac Vice*, dated January 19, 2010 [doc. #4].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (E), the Court notes that Ms. Nelkin has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: January 27, 2010

Graham C. Mullen
United States District Judge