UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-21-GCM

MIKE DUFFY,

        Plaintiff,

v.

BELK, INC.,

        Defendant.

## **ORDER**

THIS MATTER is before the Court upon its own motion. IT IS HEREBY ORDERED that the trial in this matter is rescheduled for the **August 1, 2011** term at 10:00 A.M. in Courtroom 3.

SO ORDERED.

Signed: March 28, 2011

Graham C. Mullen
United States District Judge