# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mike Duffy,

    Plaintiff,                         JUDGMENT IN A CIVIL CASE

vs.                                        3:10-cv-21-GCM

Belk, Inc.,

    Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 21, 2011 Order.

                                          Signed: June 21, 2011

                                          Frank G. Johns, Clerk
                                          United States District Court